
AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| ROSARIO JOSE SIGALA-MARTINEZ | CASE NUMBER: 08 CR 2302-BEN |

I, ROSARIO JOSE SIGALA-MARTINEZ, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7-11-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JOSE SIPACA
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer